HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RAYMOND J. HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND J. HATCHER,<br><br>Defendant. | NO. 2:13-CR-0192 JAM<br><br>STIPULATION AND  ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:  October 22, 2013<br>TIME:   9:45 AM<br>JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through CHRISTIAAN HIGHSMITH, Assistant U.S. Attorney and defendant RAYMOND J. HATCHER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for September 24, 2013 be continued to October 22, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review this additional information with the defendant, and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 20, 2013  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

1   DATED: September 17, 2013                Respectfully submitted,

2                                            HEATHER E. WILLIAMS
                                             Federal Defender
3
                                             */s/ Benjamin Galloway*
4                                            BENJAMIN GALLOWAY
                                             Assistant Federal Defender
5                                            Attorney for Defendant
                                             RAYMOND J. HATCHER
6

7

8
    DATED: September 17, 2013                BENJAMIN B. WAGNER
9                                            United States Attorney

10                                           */s/ Christiaan Highsmith*
                                             CHRISTIAAN HIGHSMITH
11                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
12

13
                                **O R D E R**
14
            The Court, having received, read, and considered the stipulation of the parties, and good
15
    cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The
16
    Court specifically finds that the failure to grant a continuance in this case would deny counsel
17
    reasonable time necessary for effective preparation, taking into account the exercise of due
18
    diligence.   The Court finds that the ends of justice to be served by granting the requested
19
    continuance outweigh the best interests of the public and defendants in a speedy trial.
20
            The Court orders that the time from the date of the parties stipulation, September 17,
21
    2013 up to and including October 22, 2013, shall be excluded from computation of time within
22
    which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
23
    U.S.C. §3161 (h)(7)(A) and (B)(iv)  [reasonable time for counsel to prepare] (Local Code T4). It
24
    is further ordered that the September 24, 2013 status conference shall be continued until October
25
    22, 2013, at 9:45 a.m.
26

27   DATED: September 17, 2013                /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
28                                           United States District Court Judge

*U.S. v. Hatcher*                          -2-
Stipulation and Order