HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RAYMOND J. HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-0192 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: November 5, 2013 |
| RAYMOND J. HATCHER, | ) TIME:  9:45 AM |
| | ) JUDGE: Hon. John A. Mendez |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through CHRISTIAAN HIGHSMITH, Assistant U.S. Attorney and defendant RAYMOND J. HATCHER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 22, 2013 be continued to November 5, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review this additional information with the defendant, and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 5, 2013  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

| | |
|---|---|
| DATED: October 18, 2013 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAYMOND J. HATCHER |
| DATED: October 18, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Christiaan Highsmith*<br>CHRISTIAAN HIGHSMITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, October 18, 2013 up to and including November 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)  [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the October 22, 2013 status conference shall be continued until November 5, 2013, at 9:45 a.m.

DATED: October 18, 2013

/s/ John A. Mendez  
HON. JOHN A. MENDEZ  
United States District Court Judge

*U.S. v. Hatcher*  
Stipulation and Order

-2-